# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| The Democratic Party of Georgia<br><br>      Plaintiff,<br><br>  v.<br><br>Constance Burkes, Ernest Davis Jr., Benny G. Hand, Charles W. Lamb, Jr., Annabelle T. Stubbs, & Frederick Williams, in their official capacity as Superintendent of Elections of Dougherty County<br><br>      Defendants. | Civil Action File No. 1:18-cv-212 |

## CONSENT MOTION FOR ENTRY OF JUDGMENT

On November 9, 2018, this Court entered a permanent injunction instructing Defendants on the treatment of absentee ballots cast in the November 2018 general election. The result of that injunction is that Plaintiff has received all of the relief it requested in this matter. Accordingly, all parties agree that there is nothing left for the Court to do but instruct the Court to enter final judgment consistent with the Court's November 9 order. A proposed order is attached.

Respectfully submitted,

/s/ Kurt G. Kastorf
Kurt G. Kastorf
Georgia Bar No. 315315
The Summerville Firm
1226 Ponce de Leon Ave NE
Atlanta, GA 30306
(770) 635-0030
kurt@summervillefirm.com

Allegra J. Lawrence
Georgia Bar No. 439797
Lawrence & Bundy LLC
1180 West Peachtree Street, Suite 1650
Atlanta, Georgia 30309
Telephone:404-400-3350
Facsimile:404-609-2504
Allegra.Lawrence-Hardy@lawrencebundy.com