UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| The Democratic Party of Georgia<br><br>Plaintiff,<br><br>v.<br><br>Constance Burkes, Ernest Davis Jr., Benny G. Hand, Charles W. Lamb, Jr., Annabelle T. Stubbs, & Frederick Williams, in their official capacity as Superintendent of Elections of Dougherty County<br><br>Defendants. | Civil Action File No. 1:18-cv-212 |

## [PROPOSED] ORDER OF FINAL JUDGMENT

On November 9, 2018, this Court entered a permanent injunction instructing Defendants on the treatment of absentee ballots cast in the November 2018 general election. All parties agree that the result of that injunction is that Plaintiff has received all of the relief it requested in this matter, and that there is nothing left for the Court to do but enter final judgment consistent with the November 9 order. Accordingly, the clerk is directed to enter JUDGMENT in this action.

This ____ day of _____, 2018.

_____
W. Louis Sands, Senior U.S. District Judge