# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

THE DEMOCRATIC PARTY : 
OF GEORGIA, :
 :
    Plaintiff, :
 :
v. :   CASE NO.: 1:18-CV-00212 (WLS)
 :
CONSTANCE BURKES, *et al.*, :
 :
    Defendants. :

## ORDER

Before the Court is a Consent Motion for Entry of Judgment, filed by Plaintiff in this case. (Doc. 8.) Therein, Plaintiff states that as a result of the Court's November 9, 2018 Order issuing a permanent injunction (Doc. 5), Plaintiff has received all relief requested in this matter and further states that the Parties agree that judgment can be entered. (*Id.*) Defendants have filed no response to the motion. (*See* Docket.)[1]

Accordingly, for the reasons stated therein, the Consent Motion for Entry of Judgment (Doc. 8) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter final judgment for Plaintiff and close this case.

**SO ORDERED**, this 30th day of January 2019.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Attorney Dara Lindenbaum, one of Plaintiff's attorneys, has complied with the Court's order to pay the *pro hac vice* admission fee. (Doc. 11.)

1