IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

THE DEMOCRATIC PARTY OF GEORGIA,          *

                          Plaintiff,          *
v.                                                    Case No. 1:18-CV-212(WLS)
                                                 *
CONSTANCE BURKES, et al,
                                                 *
                          Defendants.
_____          *

# J U D G M E N T

Pursuant to this Court's Order dated January 30, 2019, and for the reasons stated therein,

Judgment is hereby entered in favor of Plaintiff.


This 30th day of January, 2019.

David W. Bunt, Clerk


s/ William C. Lawrence, Deputy Clerk